**STATE of Missouri, Respondent,**

v.

**Dennis WILLIAMS, Appellant.**

**No. WD 42890.**

Missouri Court of Appeals,
Western District.

March 26, 1991.

Brad B. Baker, Columbia, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from jury conviction for failure to appear in violation of § 544.665, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

**MERVYN JENKINS, INC. Appellant,**

v.

**Archie B. NIBARGER, et ux., Respondents.**

**No. WD 42992.**

Missouri Court of Appeals,
Western District.

March 26, 1991.

Michael B. Watkins, Chillicothe, for appellant.

Gordon E. Cox, Cleaveland, Macoubrie, Cox, Valbracht & Elliott, Chillicothe, for respondents.

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from judgment in quiet title and ejectment suit in favor of defendants.

Judgment affirmed. Rule 84.16(b).